FILED
CLERK, U.S. DISTRICT COURT
11/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: dgv DEPUTY

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5748
E-mail: amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZHE WANG,
aka "Chris,"
ERIC LY, and
MILDRED ESTRADA

Defendants.

CR 2:26-cr-00759-SB

GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF AMANDA B. ELBOGEN

**(UNDER SEAL)**

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, or (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

//

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Amanda B. Elbogen.

Dated: November 17, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Chief, National Security Division

*Amanda Elbogen*

AMANDA B. ELBOGEN
COLIN S. SCOTT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF AMANDA B. ELBOGEN**

I, AMANDA B. ELBOGEN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Zhe Wang et al., the indictment in which is being presented to a federal grand jury in the Central District of California on November 18, 2026.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on November 18, 2026. The likelihood of apprehending defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter, or until

//

//

such time as the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 17, 2026.

Amanda Elbogen

AMANDA B. ELBOGEN