FILED
CLERK, U.S. DISTRICT COURT
11/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number 2:26-cr-00759-SB
Defendant Number 1
U.S.A. v. Zhe Wang et al.
Year of Birth 1986
☑ Indictment ☐ Information
Investigative agency (FBI, DEA, etc.) HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense
☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense 2024-2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other ______

Citation of Offense 18 U.S.C. § 371, 545, 549

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No ☐ Yes

If "Yes," Case Number: ______

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ______

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: ______

Case Number: ______

Assigned Judge: ______

Charging: ______

The complaint/CVB citation:

☐ is still pending
☐ was dismissed on: ______

**PREVIOUS COUNSEL**

Was defendant previously represented? ☐ No ☐ Yes

IF YES, provide Name: ______

Phone Number: ______

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No

This is the ______ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: ______

Case Number ______

The superseded case:

☐ is still pending before Judge/Magistrate Judge ______

☐ was previously dismissed on ______

Are there 8 or more defendants in the superseding case?

☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☑ YES ☐ NO

IF YES, list language and/or dialect:

Mandarin

**OTHER**

☑ Male ☐ Female

☐ U.S. Citizen ☑ Alien

Alias Name(s) Chris

This defendant is charged in:

☑ All counts

☐ Only counts: ________

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No

IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☐ Other smuggling

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: ________

b. Posted bond at complaint level on: ________

in the amount of $ ________

c. PSA supervision? ☐ Yes ☐ No

d. Is on bail or release from another district:

________

Defendant is **in custody**:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: ________

c. If Federal, U.S. Marshals Service Registration Number:

________

d. ☐ Solely on this charge. Date and time of arrest:

________

e. On another conviction: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal AND

Name of Court: ________

Date transferred to federal custody: ________

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20 ____21 ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: n/a

Date 11/17/2026

Amanda Elbogen
Signature of Assistant U.S. Attorney

Amanda Elbogen
Print Name